**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 04–0197 (BNB)

AMERICAN FIRE AND CASUALTY COMPANY and THE OHIO CASUALTY INSURANCE COMPANY,

    Plaintiffs,

v.

BCORP-HRT, LLC, BCORP CANTERBURY AT RIVERWALK, LLC, AS NOMINEE, BCORP HOLDINGS COLORADO, INC., BCORP MANAGEMENT, INC., KELLY BEGG, GARY BEGG, ANDREW GRAVES, MARIA ALFARAZ, JON HESS, MELINDA THOMAS, RYAN KNUTSEN, ROSEMARIE LUMETTA, DANA OVERBEY, DAVID SEDDON, BCORP ARLINGTON, LLC, KEVIN WILLIAMS, DAVID HOSLER, ROY RAY, BETTE WEBBINK, RITA CAMPBELL, CHRISTINE SUESS, ANNA GORETZKI, JOSEPH MICKEY, MARIANNE MICKEY, IRENE HARRIS, MARY HASKINS, WILLIAM HASKINS, ETHEL ZOELLER, MARIAN LEFKOWICZ, EDWARD LEFKOWICZ AND DEBBIE EYTCHESON, ADMIRAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY,

    Defendants.

---

**ORDER DISMISSING SETTLING ARLINGTON PARTIES**

---

THIS MATTER having come before the Court on the Unopposed Motion to Dismiss Settling Arlington Parties, and the Court, having reviewed the Unopposed Motion, the Pleadings, and being fully informed in the circumstances, hereby ORDERS:

    1.    The Unopposed Motion to Dismiss Settling Arlington Plaintiffs is GRANTED;

    2.    Defendants Kevin Williams, Roy Ray, Bette Webbink, Rita Campbell, Anna Goretzki, Joseph Mickey, Marianne Mickey, Irene Harris, Mary Haskins, William Haskins, Ethel Zoeller, Marian Lefkowicz, and Edward Lefkowicz are dismissed from this action with prejudice, all parties to bear their own costs and attorney fees in connection with the joinder of

these parties;

3.	Defendants Kevin Williams, Roy Ray, Bette Webbink, Rita Campbell, Anna Goretzki, Joseph Mickey, Marianne Mickey, Irene Harris, Mary Haskins, William Haskins, Ethel Zoeller, Marian Lefkowicz, and Edward Lefkowicz need not answer the pending written discovery directed toward them.

Dated this 18th day of November, 2005

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge