IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-00197-EWN-BNB

AMERICAN FIRE AND CASUALTY COMPANY, and
THE OHIO CASUALTY INSURANCE COMPANY,

Plaintiffs,

v.

BCORP CANTEBURY AT RIVERWALK, LLC, as nominee,
BCORP HOLDINGS COLORADO, INC.,
BCORP MANAGEMENT, INC.,
BCORP-HRT, LLC,
KELLY BEGG,
GARY BEGG,
ANDREW GRAVES,
MARIA ALFARAZ,
JON HESS,
MELINDA THOMAS,
RYAN KUTSEN,
ROSEMARIE LUMETTA
DANA OVERBEY,
DAVID SEDDON,
BCORP ARLINGTON, LLC,
DAVID HOSLER,
CHRISTINE SUESS,
DEBBIE EYTCHESON, and
ADMIRAL INSURANCE COMPANY,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following:

(1) **BCORP Defendants' 1) Status Report; 2) Request for Expedited Consideration of Its Renewed Motion to Stay; and 3) Motion to Vacate November 22, 2005 Hearing Before Magistrate Judge Regarding BCORP's Motion for Leave to Add Cross-**

**Claims Against Admiral Insurance Company** (the "Motion to Vacate Hearing"), filed November 18, 2005;

(2) **Defendant BCORP's Motion for Leave to Add Cross-Claims Against Admiral Insurance Company** (the "Motion to Amend"), filed October 24, 2005; and

(3) **Arlington Parties' Motion for Protective Order Regarding Unnecessary and Duplicative Written Discovery** (the "Motion for Protective Order"), filed November 15, 2005.

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Vacate Hearing is DENIED.

IT IS FURTHER ORDERED that the Motion to Amend is DENIED as untimely. The BCORP defendants are granted leave to refile the Motion to Amend if they first obtain an extension of the dispositive motion deadline and the discovery cut-off date.

IT IS FURTHER ORDERED that the Motion for Protective Order is DENIED AS MOOT. The hearing on the Motion for Protective Order set for **December 8, 2005, at 9:30 a.m.**, is VACATED.

Dated November 22, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge