**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 04-CV-197-EWN-BNB

AMERICAN FIRE AND CASUALTY COMPANY, and THE OHIO CASUALTY
INSURANCE COMPANY,

      Plaintiff,

vs.

BCORP CANTERBURY AT RIVERWALK, LLC AS NOMINEE, et al.,

      Defendants.

---

**ORDER REGARDING UNOPPOSED JOINT MOTION TO (1) DISMISS CLAIMS
BETWEEN PLAINTIFFS AND BCORP WITH PREJUDICE; (2) DISMISS
PLAINTIFFS' CLAIMS AGAINST THE UNDERLYING PLAINTIFFS WITHOUT
PREJUDICE; AND (3) REALIGN PARTIES**

---

THIS MATTER having come before the Court on the Unopposed Joint Motion to

(1) Dismiss Claims Between Plaintiff and BCORP With Prejudice; (2) Dismiss

Plaintiffs' Claims Against the Underlying Plaintiffs Without Prejudice; and (3) Realign

Parties, and the Court having reviewed the Motion and being fully informed in this

matter, it is hereby ORDERED that:

      1.     The Motion to Dismiss Claims Between Plaintiff and BCORP With

Prejudice is GRANTED.  All claims and counterclaims between Plaintiffs American

Fire and Casualty Company and The Ohio Casualty Insurance Company (collectively

"American Fire") on the one hand and Defendants BCORP Canterbury at Riverwalk

LLC, as Nominee, BCORP Holdings Colorado, Inc., BCORP Management, Inc.,

BCORP Arlington, LLC, as Nominee, BCORP-HRT, LLC, Kelly Begg and Gary Begg

(collectively "BCORP") on the other hand are dismissed with prejudice, each party to bear its or his own costs and attorney fees;

2.      The Motion to Dismiss Plaintiffs' Claims Against the Underlying Plaintiffs Without Prejudice is GRANTED.  Plaintiffs' claims against Defendants Andrew Graves, Maria Alfaraz, Jon Hess, Melinda Thomas, Ryan Knutsen, Rosemarie Lumetta, Dan Overbey, David Seddon, Christine Suess, David Hossler and Deborah Eytcheson are dismissed without prejudice, each party to bear their own costs and attorney fees;

3.      Plaintiffs are hereby dismissed from this action; and

4.      The Motion to Realign Parties is DENIED without prejudice as moot due to this Court's December 8, 2005 Order staying all proceedings in this case until May 1, 2006.

Dated this 8th day of December, 2005.

s/ Edward W. Nottingham

_____

EDWARD W. NOTTINGHAM
United States District Judge