**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 04-CV-197-EWN-BNB

AMERICAN FIRE AND CASUALTY COMPANY, and THE OHIO CASUALTY INSURANCE,

    Plaintiff,

vs.

BCORP CANTERBURY AT RIVERWALK, LLC AS NOMINEE, et al.,

    Defendants.

## STATUS REPORT

The BCORP Defendants, Admiral Insurance Company, and the Underlying Canterbury and Arlington Plaintiffs, by their respective counsel and pursuant to this Court's June 2, 2006, Minute Order, respectfully submit the following status report:

    1.    Arbitration of the Underlying Canterbury claims occurred from April 17 to April 21, 2006.  The artbiter had assured that an award would be issued soon after the conclusion of the hearing.  Due to unexpected health problems of a family member out of state, the arbiter was unable to do so.  Today, by facsimile to the parties, the arbiter apologized for the delay and assured that an arbitration judgment would be issued no later than July 28, 2006.

    2.    Pending receipt of that award the parties agree and respectfully submit that it is appropriate for this case to remain "inactive" for an additional 30-days notwithstanding the May 1, 2006, lifting of the stay this Court entered in December 2005.

-2-

3. Admiral and the Underlying Arlington and Canterbury Plaintiffs request that the Court enter an order directing the BCORP Defendants to provide the correspondence and documents referenced in paragraph 4 of the May 31, 2006, Status Report [and specifically the Settlement Agreement] to the Court for an in camera review. Admiral and the Underlying Arlington and Canterbury Plaintiffs would ask that the Court, after consideration of these documents, provide them to counsel for Admiral and the Underlying Arlington and Canterbury Plaintiffs. The BCORP Defendants oppose this request by Admiral and the Underlying Arlington and Canterbury Plaintiffs and request that they be provided with the opportunity to address the Court through argument and/or briefing before the Court makes a decision on this request.

4. It is the parties understanding that this case is subject to the automatic stay provisions of § 362 of the Bankruptcy Code due to the bankruptcies of BCORP-HRT and BCORP Arlington, LLC. Admiral has filed a motion for relief from the bankruptcy stay so that this litigation may proceed. Admiral will promptly notify the Court of the outcome of this motion.

5. Other than noted herein, the status of the BCORP-HRT, LLC and BCORP Arlington, LLC bankruptcy remains unchanged from what was reported in the May 31, 2006, Status Report.

Dated July 17, 2006.

        Respectfully submitted,

        s/Douglas A. Karet
        Steven C. Choquette
        Douglas A. Karet
        J. Kevin Bridston
        HOLLAND & HART LLP
        555 Seventeenth Street, Suite 3200
        Post Office Box 8749
        Denver, Colorado  80201-8749
        Phone: (303) 295-8119
        Fax:  (303) 295-8261
        dkaret@hollandhart.com

        **ATTORNEYS FOR THE BCORP DEFENDANTS**

        s/Christopher S. Clemenson
        Christopher S. Clemenson
        Joseph Bermudez
        Cozen O'Connor
        707 17th St.
        Suite 3100
        Denver, CO  80202

        **ATTORNEYS FOR ADMIRAL INSURANCE COMPANY**

        s/David TeSelle
        David TeSelle
        David P. Hersh
        Burg Simpson Eldredge Hersh & Jardin
        40 Inverness Drive East
        Englewood, CO 80112

        **ATTORNEYS FOR UNDERLYING CANTERBURY AND ARLINGTON PLAINTIFFS**

-4-

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2006, I caused a copy of the above and foregoing Status Report to be electronically filed the foregoing pleading with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

cclemenson@cozen.com
jbermudez@cozen.com
dhersh@burgsimpson.com
dteselle@burgsimpson.com

s/ Douglas A. Karet

3578213_1.DOC