IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–00197–EWN–BNB

AMERICAN FIRE AND CASUALTY COMPANY and
THE OHIO CASUALTY INSURANCE COMPANY,

    Plaintiffs,

v.

BCORP-HRT, LLC,
BCORP CANTERBURY AT RIVERWALK, LLC, as Nominee,
BCORP HOLDINGS COLORADO, INC.,
BCORP MANAGEMENT, INC.,
KELLY BEGG,
GARY BEGG,
ANDREW GRAVES,
MARIA ALFARAZ,
JON HESS,
MELINDA THOMAS,
RYAN KNUTSEN,
ROSEMARIE LUMETTA,
DANA OVERBEY,
DAVID SEDDON,
BCORP ARLINGTON, LLC,
DAVID HOSLER,
CHRISTINE SUESS, and
ADMIRAL INSURANCE COMPANY,

    Defendants.

## ORDER

Upon consideration of the Status Report  (#134) filed July 17, 2006, it is

ORDERED as follows:


1.  The parties will file another status report on or before August 15, 2006.

2.  The other relief requested in the status report is DENIED.  The proper way of seeking such relief is by way of motion.

Dated this 31st day of July, 2006.

                                        BY THE COURT:

                                        s/ Edward W. Nottingham
                                        EDWARD W. NOTTINGHAM
                                        United States District Judge