IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–00197–EWN–BNB

AMERICAN FIRE AND CASUALTY COMPANY and
THE OHIO CASUALTY INSURANCE COMPANY,

    Plaintiffs,

v.

BCORP CANTERBURY AT RIVERWALK, LLC, as Nominee,
BCORP HOLDINGS COLORADO, INC.,
BCORP MANAGEMENT, INC.,
KELLY BEGG,
GARY BEGG,
ANDREW GRAVES,
MARIA ALFARAZ,
JON HESS,
MELINDA THOMAS,
RYAN KNUTSEN,
ROSEMARIE LUMETTA,
DANA OVERBEY,
DAVID SEDDON,
BCORP ARLINGTON, LLC,
DAVID HOSLER,
CHRISTINE SUESS,
DEBBIE EYTCHESON, and
ADMIRAL INSURANCE COMPANY,

    Defendants.

## ORDER SETTING TRIAL ON TRAILING CALENDAR

Due to the circumstances of its criminal and civil caseload, and upon the finding that certain civil cases can be handled more promptly only if they are set on a civil trailing calendar, it is

**ORDERED** as follows:

1. This case is hereby set for a three-day trial to jury, commencing at 9:00 o'clock a.m. on

**Tuesday, January 2, 2007.**

2. This is a trailing setting. Specifically, the case may trail behind any criminal trial which must be set over it in order to comply with the Speedy Trial Act, 18 U.S.C. § 3161. It may also trail behind other civil trials, based on the date of filing, priorities required by statute, and other considerations which have been brought to the attention of the court.

3. The parties should be prepared to try the case on the date specified or as soon thereafter as the court's trial schedule will permit.

Dated this 3rd day of October, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge