IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–00197–EWN–BNB

AMERICAN FIRE AND CASUALTY COMPANY and
THE OHIO CASUALTY INSURANCE COMPANY,

    Plaintiffs,

v.

BCORP CANTERBURY AT RIVERWALK, LLC, as Nominee,
BCORP HOLDINGS COLORADO, INC.,
BCORP MANAGEMENT, INC.,
KELLY BEGG,
GARY BEGG,
ANDREW GRAVES,
MARIA ALFARAZ,
JON HESS,
MELINDA THOMAS,
RYAN KNUTSEN,
ROSEMARIE LUMETTA,
DANA OVERBEY,
DAVID SEDDON,
BCORP ARLINGTON, LLC,
DAVID HOSLER,
CHRISTINE SUESS,
DEBBIE EYTCHESON, and
ADMIRAL INSURANCE COMPANY,

    Defendants.

## ORDER SETTING FINAL PRETRIAL CONFERENCE

It appears that all substantive and/or dispositive matters have been resolved in this case and that the matter can be set for further pretrial and trial proceedings. Accordingly, it is

**ORDERED** as follows:

1. The court will hold a Final Pretrial Conference commencing at 2:45 o'clock p.m. on Friday, **November 17, 2006**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

2. In preparing for and participating in the conference, the parties and counsel will (1) follow the Instructions for Preparation and Submission of Final Pretrial Order, a copy of which can be downloaded from the court's web site, specifically http://www.cod.uscourts.gov/forms/ewn_fin_pre_ord_ins.pdf and (2) utilize the specific template located at http://www.co.uscourts.gov/forms/ewn_fin_pre_ord.wpd. These specific web addresses should be used to insure that the proper format is observed.

Dated this 3rd day of October, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge