IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–00197–EWN–BNB

AMERICAN FIRE AND CASUALTY COMPANY and
THE OHIO CASUALTY INSURANCE COMPANY,

    Plaintiffs,

v.

BCORP CANTERBURY AT RIVERWALK, LLC, as Nominee,
BCORP HOLDINGS COLORADO, INC.,
BCORP MANAGEMENT, INC.,
KELLY BEGG,
GARY BEGG,
ANDREW GRAVES,
MARIA ALFARAZ,
JON HESS,
MELINDA THOMAS,
RYAN KNUTSEN,
ROSEMARIE LUMETTA,
DANA OVERBEY,
DAVID SEDDON,
BCORP ARLINGTON, LLC,
DAVID HOSLER,
CHRISTINE SUESS,
DEBBIE EYTCHESON, and
ADMIRAL INSURANCE COMPANY,

    Defendants.

---

**ORDER SETTING TRIAL PREPARATION CONFERENCE**

---

    This matter having been set for trial commencing on January 2, 2007, it is now

    **ORDERED** as follows:

1. The court will hold a trial preparation conference commencing at 9:00 o'clock a.m. on Friday, **December 22, 2006**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse, Denver, Colorado.

2. In preparing for and participating in the conference, the parties and counsel will follow the Instructions Concerning Preparation for Trial Preparation Conference, a copy of which is available on the court's website, www.cod.uscourts.gov.

Dated this 3rd day of October, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge