IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-00197-EWN-BNB

AMERICAN FIRE AND CASUALTY COMPANY, and
THE OHIO CASUALTY INSURANCE COMPANY,

Plaintiffs,

v.

BCORP CANTEBURY AT RIVERWALK, LLC, as nominee,
BCORP HOLDINGS COLORADO, INC.,
BCORP MANAGEMENT, INC.,
BCORP-HRT, LLC,
KELLY BEGG,
GARY BEGG,
ANDREW GRAVES,
MARIA ALFARAZ,
JON HESS,
MELINDA THOMAS,
RYAN KUTSEN,
ROSEMARIE LUMETTA
DANA OVERBEY,
DAVID SEDDON,
BCORP ARLINGTON, LLC,
DAVID HOSLER,
CHRISTINE SUESS,
DEBBIE EYTCHESON, and
ADMIRAL INSURANCE COMPANY,

Defendants.
_____

# ORDER
_____

This matter is before the on the following:

(1)     **Motion to Excuse David Seddon From Requirement to Appear In Person at Settlement Conference** [Doc. # 151, filed 11/7/2006] (the "Motion to Appear By Telephone");

and

(2)     **Motion of Non-Bankrupt BCORP Defendants and Admiral Insurance Company to Vacate Court Settlement Conferences** [Doc. # 154, filed 11/8/2006] (the "Motion to Vacate").

The Motion to Appear By Telephone and the Motion to Vacate have been referred to me for determination.

Also pending is the **Unopposed Motion of Non-Bankrupt BCORP Defendants and Admiral Insurance Company to Extend or Reschedule Certain Pretrial Deadlines and Hearings** [Doc. # 153, filed 11/7/2006] (the "Motion to Extend Deadlines"). The Motion to Extend Deadlines requests that the deadline for filing a final pretrial order and the date of the final pretrial conference be postponed. Contrary to the parties apparent understanding,[1] the final pretrial conference is set to occur before the district judge, not before me. Consequently, the Motion to Extend Deadlines has not been referred to me.

The Motion to Vacate states that the parties have engaged the services of an experienced private mediator who has already conducted two days of mediation, on October 31 and November 1, 2006. The private mediator has scheduled a third day of mediation for November 13, 2006. Prior to the parties' engaging a private mediator, I scheduled court sponsored settlement conferences for November 16 and 21, 2006. It seems to me to be at least inefficient, and potentially counterproductive, to have settlement efforts occurring simultaneously

---

[1]The Motion to Extend Deadlines indicates in ¶4 that the final pretrial conference is scheduled for "Friday, November 17, 2006 at 2:45 p.m., before Magistrate Judge Boland." This is not correct. The final pretrial conference is scheduled to be conducted by the district judge. See *Order Setting Final Pretrial Conference* [Doc. # 149, filed 10/3/2006] (an order entered by the district judge stating that the final pretrial conference will be held in courtroom A1001, which is Judge Nottingham's courtroom). Judge Nottingham conducts the final pretrial conferences in the cases assigned to him.

before both a private mediator and me. There is no indication that the parties are dissatisfied with the services of the private mediator or that he has reached an impasse. Consequently, I will allow the parties to pursue their private mediation without the distraction of a court settlement conference.

IT IS ORDERED that the Motion to Vacate is GRANTED, and the settlement conferences set for **November 16 and 21, 2006**, are VACATED.

IT IS FURTHER ORDERED that the Motion to Appear By Telephone is DENIED AS MOOT.

Dated November 9, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge