**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 04-cv-00197-EWN-BNB

AMERICAN FIRE AND CASUALTY COMPANY, and THE OHIO CASUALTY INSURANCE COMPANY,

    Plaintiff,

vs.

BCORP CANTERBURY AT RIVERWALK, LLC AS NOMINEE, et al.,

    Defendants.

## ORDER REGARDING JOINT STIPULATED MOTION FOR DISMISSAL OF CERTAIN PARTIES AND CLAIMS *WITH* PREJUDICE

THE COURT, having considered the parties' Joint Stipulated Motion for Dismissal of Certain Parties and Claims *with* Prejudice, and being fully advised therein,

HEREBY FINDS AND ORDERS that the Motion is GRANTED as follows:

    1. The following Defendants are dismissed from this case *with* prejudice: BCORP Canterbury at Riverwalk LLC, as Nominee; BCORP Arlington LLC, as Nominee; BCORP~HRT, LLC; BCORP Management, Inc.; BCORP Holdings Colorado, Inc.; Gary Begg; Kelly Begg (collectively referred to in this Order as the "BCORP Defendants"); and Andrew Graves; Maria Alfaraz; John Hess: Melinda Thomas n/k/a Melinda Hess; Ryan Knutsen; Rosemarie Lumetta; Dana Overby n/k/a Dana Hall; and David Seddon (collectively referred to in this Order as the "Canterbury Defendants").

    2. The Court dismisses *with* prejudice any and all of Admiral's claims against the BCORP Defendants, except for Admiral's claims for declaratory relief concerning its contractual indemnity obligations with respect to the Arlington Homeowners' judgments;

-2-

3. The Court dismisses *with* prejudice any and all of Admiral's claims against the Canterbury Homeowners;

4. The Court dismisses *with* prejudice any and all other purported claims by and between Admiral, the BCORP Defendants, and the Canterbury Homeowners.

5. Each Defendant will bear his, her, or its attorney fees and costs related to both the pursuit of this lawsuit to date and the preparation and filing of the subject motion.

Dated: December 12, 2006

BY THE COURT,

s/ Edward W. Nottingham
Judge Edward W. Nottingham
United States District Judge
District of Colorado