04-cv-00197-EWN-BNB

| SUPREME COURT, STATE OF COLORADO<br>Two East 14th Avenue<br>Denver, Colorado 80203<br><br>Certification of Question of Law<br>United States District Court, 04-cv-00197-EWN-BNB | Case No. 08SA300<br><br>FILED<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>SEP 1 5 2008<br><br>GREGORY C. LANGHAM<br>CLERK |
|---|---|

**Plaintiffs:**

American Fire and Casualty Insurance Company and The Ohio Casualty Insurance Company,

v.

**Defendant:**

BCORP Canterbury at Riverwalk, LLC as Nominee, et al.

### ORDER OF COURT

Upon consideration of the Order Certifying Question of Law to the Colorado Supreme Court filed in the above cause, and now being sufficiently advised in the premises,

IT IS ORDERED that the Court respectfully DECLINES to answer the question.

BY THE COURT, EN BANC, SEPTEMBER 15, 2008.



Copies mailed via the State's Mail Services Division on 3/16/03 MB

Joseph F. Bermudez
707 17th St. Ste. 3100
Denver, CO 80202

John Bridston
555 17th St. Ste. 2900
Denver, CO 80202

Christopher Clemenson
707 17th St. Ste. 3100
Denver, CO 80203

Steven Choquette
600 Grant St. Ste. 201
Denver, CO 80203

David Hersh
Brian Matise
David Teselle
40 Inverness Dr. E.
Englewood, CO 80112

Honorable Edward Nottingham
901 19th St. Arraj Bldg.
Denver, CO 80294

Jane Young
1700 Broadway Ste. 1900
Denver, CO 80290

Nancy Pearl
999 18th St. Ste. 1850
Denver, CO 80203

Clerk of the United States District Court
901 19th St. Arraj Bldg.
Denver, CO 80294