IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 04-cv-00197-CMA-BNB

ADMIRAL INSURANCE COMPANY,

    Plaintiff,

v.

DAVID HOSLER,
CHRISTINE SUESS, and
DEBBIE EYTCHESON.

    Defendants.

## ORDER SETTING CASE FOR TRIAL

The above-captioned matter has been scheduled for a **three-day bench trial** on the docket of Judge Christine M. Arguello in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **February 23, 2009 at 9:00 a.m.**

A Final Trial Preparation Conference is set for **February 13, 2009 at 10:30 a.m.** The parties are expected to be fully prepared for trial at that time. **Lead counsel who will try the case shall attend in person, unless a written motion for alternative appearance is granted by the Court .**

    DATED: December __1__, 2008

    BY THE COURT:

    _____
    CHRISTINE M. ARGUELLO
    United States District Judge