**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE CHRISTINE M. ARGUELLO**

Courtroom Deputy: Valeri P. Barnes  Date: February 13, 2009
Court Reporter: Darlene Martinez

---

Civil Action No. 04-cv-00197-CMA-BNB

| *Parties:* | *Counsel:* |
|---|---|
| AMERICAN FIRE AND CASUALTY INSURANCE COMPANY, | Christopher Clemenson |
| Plaintiff, | |
| v. | |
| DAVID HOSLER, CHRISTINE SUESS, and DEBBIE EYTCHESON, | David Hersh David TeSelle |
| Defendants. | |

---

### COURTROOM MINUTES
---

HEARING: Final Trial Preparation Conference

**10:29 a.m.**  **Court in session**.

**ORDER:** Admiral Insurance Company's Renewed Motion for Summary Judgment **(214)** is **granted**. Signed Order to follow.

**ORDER:** Defendants' Motion *in Limine* to Allow Use of Over-Sized Exhibits at Trial **(234)** is **denied as moot**.

**ORDER:** Plaintiff's Motion *in Limine* Concerning Evidence of Alleged Damages **(237)** is **denied as moot**.

**ORDER:** Plaintiff's Motion *in Limine* Concerning Admissibility of Deposition

Testimony **(238)** is **denied as moot**.

**ORDER:** Trial set for February 23, 2009, at 9:00 a.m. is **vacated**.

**10:32 a.m.** **Court in recess/hearing concluded**.

Total in-court time: 00:03